IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No.   3:00-626 |
| vs. | ) | C.A. No. 3:06-156-HMH |
| | ) | |
| Brian Peter Zater, | ) | |
| | ) | **OPINION & ORDER** |
| Movant. | ) | |

This matter is before the court on Brian Peter Zater's ("Zater") request for a

certificate of appealability.  Zater filed a 28 U.S.C. § 2255 motion on January 11, 2006.  On

January 20, 2006, the court dismissed Zater's § 2255 motion.  For the reasons stated below,

the court denies Zater's request for a certificate of appealability.

An appeal may not be taken from a final order in a § 2255 proceeding unless a circuit

justice or a circuit or district judge issues a certificate of appealability.  See 28 U.S.C.

§ 2253(c)(1)(B) (West Supp. 2005); Fed. R. App. P. 22(b).  The movant must make a

"substantial showing of the denial of a constitutional right" for the court to issue a certificate

of appealability.  28 U.S.C. § 2253(c)(2); Murphy v. Netherland, 116 F.3d 97, 99 (4th Cir.

1997).  To obtain a certificate of appealability under § 2253(c), a § 2255 movant "must show

that reasonable jurists could debate whether (or, for that matter, agree that) the petition should

have been resolved in a different manner or that the issues presented were adequate to deserve

encouragement to proceed further."  Miller-El v. Cockrell, 537 U.S. 322, 336 (2003)

(internal quotation marks omitted).  If the court denies a motion for a certificate of

appealability, the court must state its reasons for not issuing it.  See Fed. R. App. P. 22(b)(1).

1

Zater's claims are not debatable and could not be resolved in a different manner. Further, the issues presented are inadequate, and Zater does not deserve encouragement to proceed further. Accordingly, the court declines to issue a certificate of appealability.

Therefore, it is

**ORDERED** that Zater's request for a certificate of appealability is denied.

**IT IS SO ORDERED**.

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
February 7, 2006

## NOTICE OF RIGHT TO APPEAL

The movant is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.